UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Brandon Michael Williams**  Docket No. 5:15-CR-125-1D

**Petition for Action on Supervised Release**

COMES NOW Haley Huntley, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Brandon Michael Williams, who, upon an earlier plea of guilty to Count 1 - Possession With Intent to Distribute a Quantity of Cocaine Base (Crack), in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841(b)(1)(C) and Count 4 - Possession of a Firearm in Furtherance of a Drug-Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1)(A) and 18 U.S.C. § 924(c)(1)(A)(i), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on November 19, 2015, to the custody of the Bureau of Prisons for a term of 108 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. Brandon Michael Williams was released from custody on September 22, 2021, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On or about August 28, 2022, the defendant committed the offense of Driving While Impaired in Cumberland County, North Carolina (22CR280482). As a sanction for the new criminal conduct, and in an effort to deter future criminal conduct, we would respectfully recommend that his supervision be modified to include 60 days of curfew with Radio Frequency (RF) technology. Additionally, he has been given a verbal reprimand and referred for substance abuse treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Keith W. Lawrence<br>Keith W. Lawrence<br>Supervising U.S. Probation Officer | /s/ Haley Huntley<br>Haley Huntley<br>U.S. Probation Officer<br>150 Rowan Street Suite 110<br>Fayetteville, NC 28301<br>Phone: 910-354-2533<br>Executed On: August 30, 2022 |

**ORDER OF THE COURT**

Considered and ordered this __31__ day of __August__, 2022, and ordered filed and made a part of the records in the above case.

James C. Dever III
U.S. District Judge