UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 5:15-CR-125-1D

| | | |
|---|---|---|
| **United States Of America** | ) | **JUDGMENT** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **Brandon Michael Williams** | ) | |
| | ) | |

On November 19, 2015, Brandon Michael Williams appeared before the Honorable James C. Dever III, U.S. District Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to Count 1 - Possession With Intent to Distribute a Quantity of Cocaine Base (Crack), in violation of 21 U.S.C. §§ 841(a)(l) and 841(b)(l)(C); and Count 4 - Possession of a Firearm in Furtherance of a Drug-Trafficking Crime, in violation of 18 U.S.C. §§ 924(c)(l)(A) and 924(c)(l)(A)(i), was sentenced to the custody of the Bureau of Prisons for a term of 108 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 60 months upon release from imprisonment. Brandon Michael Williams was released from custody and the term of supervised release commenced on September 22, 2021.

From evidence presented at the revocation hearing on September 15, 2026, the court finds as a fact that Brandon Michael Williams, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Criminal conduct
2. Leaving the judicial district without the permission of the court or probation officer

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 54 months with no supervision to follow.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

**IT IS RECOMMENDED** that the defendant be designated to FCI Butner.

**IT IS FURTHER RECOMMENDED** that the defendant receive educational or vocational training, including HVAC training, while in the custody of the Bureau of Prisons.

**IT IS FURTHER RECOMMENDED** that the defendant be given the benefit of the most intensive substance abuse treatment available while in the custody of the Bureau of Prisons.

This the 15th day of September, 2026.

J. Dever

James C. Dever III
U.S. District Judge